1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 SIRANOUSH MIKAELIAN, | Case No. CV 15-05060 DOC (AFM)

12           Plaintiff,

13         v. | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

14

15 CAROLYN W. COLVIN, Acting Commissioner of Social Security,

16

17           Defendant.

18

19       Pursuant to the Case Management Order filed July 7, 2015, the parties were

20 ordered to engage in settlement negotiations and file a Joint Status Report after

21 service of the Certified Administrative Record. The docket sheet indicates that the

22 Certified Administrative Record was served on December 10, 2015.  As of the date

23 of this Order, the parties have not filed a Joint Status Report or requested an

24 enlargement of time to do so.  (*See* Case Management Order, § V.C.1-3.)   The

25 parties have failed to comply with the Court's Order.

26       Accordingly, IT IS ORDERED that within 20 days of the filing date of this

27 Order, plaintiff shall show cause in writing why this action should not be dismissed.

28 If plaintiff fails to file a written objection to dismissal of this action within the time

1  specified, it will be deemed to be consent to a dismissal as against Defendant and

2  the Court will recommend that this action be dismissed.  The filing of a Joint Status

3  Report within 20 days shall discharge the order to show cause.

4

5  DATED:  3/4/2016

6

7  _____

ALEXANDER F. MacKINNON
8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2